**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Alvin Edwin BREWER, Defendant— Appellant.**

No. 08–8077.

United States Court of Appeals, Fourth Circuit.

Submitted: March 12, 2009.

Decided: March 16, 2009.

Alvin Edwin Brewer, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

240

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvin Edwin Brewer appeals the district court's order granting relief on his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We find no reversible error in the district court's grant of Brewer's motion, and we thus affirm for the reasons stated by the district court. *United States v. Brewer*, No. 3:01–cr–00027–FDW–1 (W.D.N.C. Aug. 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.